# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1035

_____

United States of America

*Plaintiff - Appellee*

v.

Brett Charles Roach

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of South Dakota - Aberdeen

_____

Submitted:  September 22, 2015
Filed: September 25, 2015
[Unpublished]

_____

Before WOLLMAN, BYE, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Brett Roach directly appeals the judgment of the district court[1] entered upon a jury verdict finding him guilty of an assault charge, in violation of 18 U.S.C.

_____

[1]The Honorable Charles B. Kornmann, United States District Judge for the District of South Dakota.

§§ 113(a)(6), 1153, and 3559(f). On appeal, in a brief filed under <u>Anders v. California</u>, 386 U.S. 738 (1967), Roach's counsel argues (1) that jurisdiction was lacking because the alleged assault may not have taken place in Indian country, as charged in the indictment, an argument that Roach repeats in his pro se supplemental brief; (2) that the evidence was insufficient to establish the victim suffered a "serious bodily injury" as charged in the indictment; and (3) that Roach received ineffective assistance of counsel in several respects.

First, at trial Roach stipulated that the alleged offense occurred in Indian country. Therefore, he waived any right to argue on appeal that jurisdiction was lacking because the alleged offense did not occur in Indian country. <u>See</u> <u>United States v. Hawkins</u>, 215 F.3d 858, 860 (8th Cir. 2000). Second, the testimony of the medical professionals amply established that the victim suffered serious bodily injury. <u>See</u> <u>United States v. Iron Hawk</u>, 612 F.3d 1031, 1036-37 (8th Cir. 2010). Third, we do not consider the ineffective-assistance-of-counsel claims in this direct criminal appeal, as such claims are best raised in possible proceedings under 28 U.S.C. § 2255, where the record can be developed as necessary. <u>See</u> <u>United States v. McAdory</u>, 501 F.3d 868, 872-73 (8th Cir. 2007). Finally, having independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we have found no nonfrivolous issue. The judgment is affirmed, and counsel's motion to withdraw is granted.

———————————————————